A. C. MOORE, Respondent, v. MEXICO SAVINGS BANK, Appellant.

St. Louis Court of Appeals, May 15, 1894.

Injunctions: ASSESSMENT OF DAMAGES. When a temporary injunction is dissolved by the judgment of the circuit court in the cause, and no appeal is taken, a motion for the assessment of damages on the

injunction bond, filed after the term at which the matter has been finally disposed of in that court, is not in time and will not be entertained.

*Appeal from the Audrain Circuit Court.*—Hon. E. M. Hughes, Judge.

Affirmed.

*W. W. Fry* for appellant.

*George Robertson* for respondent.

The motion to assess damages is part of the original case, and, after the lapse of the term at which the motion to dissolve is finally determined, the court loses all jurisdiction of the case. R. S. 1889, sec. 5500; *Loehner v. Hill*, 19 Mo. App. 141; *Neiser v. Thomas*, 46 Mo. App. 47; *Hoffelmann v. Franke*, 96 Mo. 533; *Nolan v. Johns*, 108 Mo. 431.

Biggs, J.—The plaintiff obtained a temporary injunction against the defendant, restraining it from selling certain lands under execution. At the October term, 1892, the temporary injunction was dissolved and the proceeding dismissed. The motion for a new trial was overruled at the January term, 1893. At the second term of the court thereafter, to wit, the September term, 1893, the defendant filed a motion for the assessment of damages on the injunction bond. The court declined to entertain the motion, and the defendant has appealed.

The judgment of the circuit court must be affirmed. It is now the settled practice of this state that damages arising on the dissolution of an injunction must be assessed during the term at which the matter is finally disposed of in the circuit court. *Loehner v. Hill*, 19 Mo. App. 141; *Neiser v. Thomas*, 46 Mo. App. 47;

*Hoffelmann v. Franke*, 96 Mo. 533. The only exception to the rule is when there is an appeal from the final order of dissolution. The reasons for this exception have been fully stated by this court in the case of *Neiser v. Thomas, supra.*

The judgment of the circuit court will be affirmed. All the judges concur.